# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re:

SUNEDISON, INC., *et al.*,

     Reorganized Debtors.

SUNEDISON LITIGATION TRUST,

               Plaintiff,

   -against-

PURE POWER SYSTEMS, INC.,
            Defendant.

Chapter 11

Case No. 16-10992 (SMB)

(Jointly Administered)

Adv. Pro. No. 18-01370 (SMB)

## SECOND SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of service of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

> **Clerk of the Court**
> **United States Bankruptcy Court, Southern District of New York**
> **One Bowling Green**
> **New York, New York 10004-1408**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> **David R. Hurst**
> **Daniel F.X. Geoghan**
> **Cole Schotz P.C.**
> **1325 Avenue of the Americas, 19th Floor**
> **New York, New York 10019**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004-1408 | Room: Courtroom 723 (SMB), One Bowling Green<br>New York, NY 10004-1408<br><br>Date and Time: **To Be Determined** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: <u>6/14/2018</u>

<u>Vito Genna</u>
*Clerk of the Bankruptcy Court*

<u>/s/ Carmen Ortiz</u>
*Deputy Clerk*