COLE SCHOTZ P.C.
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
David R. Hurst
Daniel F.X. Geoghan

*Counsel to the SunEdison Litigation Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SUNEDISON, INC., *et al.,*<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 16-10992 (SMB)<br><br>(Jointly Administered) |
| SUNEDISON LITIGATION TRUST,<br><br>Plaintiff,<br><br>– against –<br><br>PURE POWER SYSTEMS, INC.,<br><br>Defendant. | Adv. Pro. No. 18-01370 (SMB) |

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE Minnesota Holdings, LLC (8926); SunE MN Development Holdings, LLC (5388); and SunE MN Development, LLC (8669). The address of the Reorganized Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

# **CERTIFICATE OF SERVICE**

I, PAULINE Z. RATKOWIAK, hereby certify:

1. I am employed as a paralegal with the law firm of Cole Schotz P.C., counsel to SunEdison Litigation Trust, the Plaintiff in the above–captioned adversary proceeding.

2. On June 12, 2018, this office caused true copies of the (i) First Amended Adversary Complaint, dated June 13, 2018 [Adv. Pro. Docket No. 3]; (ii) Second Summons and Notice of Pretrial Conference in an Adversary Proceeding, dated June 14, 2018 [Adv. Pro. Docket No. 5]; and (iii) Order Granting SunEdison Litigation Trust's Motion for Order Establishing Procedures Governing Adversary Proceedings Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code [Docket No. 5390], to be served upon the following parties by first class mail postage prepaid:

| | |
|---|---|
| Pure Power Systems, Inc.<br>Attn: Officer, Managing Agent<br>or General Agent<br>50 Harrison St., Suite 306<br>Hoboken, NJ 07030 | Pure Power Engineering, Inc.<br>(dba Pure Power Systems, Inc.)<br>Attn: Richard Ivins, President<br>50 Harrison St., Suite 210<br>Hoboken, NJ  07030 |
| PV Pros, Inc. (aka Pure Power Systems Inc.)<br>c/o Richard A. Ivins<br>5 Marine View Plaza, Suite 301<br>Hoboken, NJ  07030 | |

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:  June 15, 2018

                                                  */s/ Pauline Z. Ratkowiak*
                                                  Pauline Z. Ratkowiak