COLE SCHOTZ P.C.
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
David R. Hurst
Daniel F.X. Geoghan

*Counsel to the SunEdison Litigation Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SUNEDISON, INC., *et al.*,<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 16-10992 (SMB)<br><br>(Jointly Administered) |
| SUNEDISON LITIGATION TRUST,<br><br>Plaintiff,<br><br>– against –<br><br>PURE POWER SYSTEMS, INC.,<br><br>Defendant. | Adv. Pro. No. 18-01370 (SMB) |

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE Minnesota Holdings, LLC (8926); SunE MN Development Holdings, LLC (5388); and SunE MN Development, LLC (8669). The address of the Reorganized Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

## AMENDED CERTIFICATE OF SERVICE

I, PAULINE Z. RATKOWIAK, hereby certify:

1. I am employed as a paralegal with the law firm of Cole Schotz P.C., counsel to SunEdison Litigation Trust, the Plaintiff in the above–captioned adversary proceeding.

2. On **June 14, 2018**, this office caused true copies of the (i) First Amended Adversary Complaint, dated June 13, 2018 [Adv. Pro. Docket No. 3]; (ii) Second Summons and Notice of Pretrial Conference in an Adversary Proceeding, dated June 14, 2018 [Adv. Pro. Docket No. 5]; and (iii) Order Granting SunEdison Litigation Trust's Motion for Order Establishing Procedures Governing Adversary Proceedings Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code [Docket No. 5390], to be served upon the following parties by first class mail postage prepaid:

| | |
|---|---|
| Pure Power Systems, Inc.<br>Attn: Officer, Managing Agent<br>or General Agent<br>50 Harrison St., Suite 306<br>Hoboken, NJ 07030 | Pure Power Engineering, Inc.<br>(dba Pure Power Systems, Inc.)<br>Attn: Richard Ivins, President<br>50 Harrison St., Suite 210<br>Hoboken, NJ 07030 |
| PV Pros, Inc. (aka Pure Power Systems Inc.)<br>c/o Richard A. Ivins<br>5 Marine View Plaza, Suite 301<br>Hoboken, NJ 07030 | |

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: June 18, 2018

*/s/ Pauline Z. Ratkowiak*
Pauline Z. Ratkowiak