**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re:                                                                                          Chapter 11

SunEdison, Inc., et al.,
                                                                                                Case No. 16-10992 (DSJ)
                      Debtor.
------------------------------------------------------------------x
SunEdison Litigation Trust,

                      Plaintiff,
                                                                                                Adv. Proc. No. 18-1370 (DSJ)
      - against –

Pure Power Systems, Inc.,

                      Defendant.
------------------------------------------------------------------x

## ORDER DIRECTING SUBMISSION OF STATUS REPORT

**WHEREAS**, the above-captioned proceeding was commenced on April 17, 2018; and

**WHEREAS**, the case was reassigned to the undersigned on March 1, 2021; and

**WHEREAS**, the Court, having reviewed the case management and electronic filing system for the United States Bankruptcy Court for the Southern District of New York, concludes that the above-captioned proceeding has been inactive for more than one year;

**IT IS HEREBY ORDERED THAT**:

1. On or before May 26, 2021, the Plaintiff(s) shall file a letter of no more than three single-spaced pages explaining (a) the status of the case; (b) what if any further steps are required to bring the case to the promptest and most efficient resolution possible; and (c) whether any party requests a status conference at this time. To the extent practicable, the Plaintiff(s) should communicate with counsel for other known parties in interest before submitting the letter required by this Order, and should convey other parties' positions as to the foregoing if known.

2. Counsel for any other interested party may file a letter of up to three single-spaced pages responding to any submission by Plaintiff(s) pursuant to this Order, and/or addressing the topics identified in this Order, on or before June 2, 2021.

3. Absent the submission of one or more letters in response to this Order showing a need to maintain the case as open and active, the Court shall enter an order directing the Clerk of the Court to close the above-captioned proceeding.

Dated: New York, New York
      May 5, 2021

*s/ David S. Jones*
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE